Scott E. Brady, Esq. (IN #30534-49)
(admitted *Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUSTIN S. PETERSON and JANNA A. PETERSON,<br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br>Defendants. | CASE NO. 3:15-cv-05645-CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs Justin S. Peterson and Janna A. Peterson ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: April 6, 2016

*s/ Mark F. Anderson (with consent)*
Mark F. Anderson, Esq. (44787)
Anderson, Ogilvie & Brewer, LLP
235 Montgomery Street, Suite 914
San Francisco, CO 94104
Telephone: 415-651-1951
Fax: 415-956-3233
E-Mail: mark@aoblawyers.com

*Counsel for Justin S. Peterson and Janna A. Peterson*

Date: April 7, 2016

*s/ Scott E. Brady*
Scott E. Brady, Esq. (IN #30534-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs Justin S. Peterson and Janna A. Peterson against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Justin S. Peterson and Janna A. Peterson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: April 12, 2016

JUDGE, United States District Court,
Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@aoblawyers.com | Scott E. Brady, Esq.<br>sbrady@schuckitlaw.com |
| Jason M. Richardson, Esq.<br>jmr@severson.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| Alexandra A. McDonald, Esq.<br>amcdonald@jonesday.com | Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com |
| Mark J. Kenney, Esq.<br>mjk@severson.com | |