Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Justin S. Peterson and Janna A. Peterson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN A PETERSON, et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC; and<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendants. | Case No. C 15-5645 CRB<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

　　　　Plaintiffs Justin S. Peterson and Janna A. Peterson and defendants Bank of America, N.A.; Equifax Information Services LLC; Experian Information Solutions, Inc. each by counsel, and pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(ii), hereby stipulate and agree that all matters between them have been compromised and settled, and that plaintiffs' claims against Bank of America, N.A.; Equifax Information Services LLC, and Experian Information Solutions, Inc. should be dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

Date: June 8, 2016

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas P. Quinn
　　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Quinn (SBN 132268)
　　　　　　　　　　　　　　　　　　　　　　　　NOKES & QUINN
　　　　　　　　　　　　　　　　　　　　　　　　410 Broadway, Suite 210
　　　　　　　　　　　　　　　　　　　　　　　　Laguna Beach, CA 92651
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 949.376.3500

**STIPULATION DISMISSAL OF ENTIRE ACTION – CV 15-5645 CRB**

| | |
|---|---|
| 1 | Fax: 949.376.3070<br>Email: tquinn@nokesquinn.com |
| 2 | |
| 3 | Attorneys for Equifax Information Services LLC |
| 4 | |
| 5 | Date: June 8, 2015 /s/ *Mark F. Anderson*<br>Mark F. Anderson (SBN 44787)<br>Anderson, Ogilvie & Brewer LLP<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Suite 914<br>Phone: 415.651.1951<br>Fax: 415.500.8300<br>mark@aoblawyers.com |

Attorney for Plaintiffs

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

Date: June 8, 2015    /s/ *Alexandra A. McDonald*
Alexandra A. McDonald (SBN 300950)
JONES DAY
555 California Street
Twenty-sixth Floor
San Francisco, CA 94104
Phone: 415.626.3939
Fax: 415.875.5700
amcdonald@jonesday.com

Counsel for Experian Information Solutions, Inc.

Date: June 8, 2016    /s/ *Jason M. Richardson*
Jason M. Richardson (SBN 250916)
Mark Joseph Kenney (SBN 87345)
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: 415.398.3344
Fax: 415.956.0439
Email: jmr@severson.com
        mjk@severson.com

Attorneys for Bank of America

**STIPULATION DISMISSAL OF ENTIRE ACTION – CV 15-5645 CRB**